```
UNITED STATES DISTRICT COURT                     NOT FOR PUBLICATION
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HISHAM A. KHALEEL,                               ORDER
                                                 15-CV-4880 (JG)
                Plaintiff,

        -against-

SWISSPORT USA, INC,

                Defendant.
------------------------------------------------------------x
```

JOHN GLEESON, United States District Judge:

On August 18, 2015, plaintiff Hisham A. Khaleel, proceeding *pro se*, filed this action against his former employer, Swissport USA, Inc., alleging that he was terminated in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.* ("Title VII"), the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634 ("ADEA"), and the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq.*

By Memorandum and Order dated September 10, 2015, I dismissed Khaleel's complaint and granted him leave to amend it within thirty (30) days of the date of my Order. Khaleel was directed that his amended complaint must comply with Rule 8(a) of the Federal Rules of Civil Procedure by providing all relevant dates and including a short, plain statement of facts sufficient to support a plausible claim that his former employer discriminated against him in violation of Title VII, the ADEA, and the ADA. Khaleel was advised that if he failed to file an amended complaint within thirty (30) days, judgment dismissing the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) would be entered. Khaleel has failed to respond to my September 10, 2015 Memorandum and Order.

Accordingly, it is ordered that the complaint is dismissed without prejudice. 28 U.S.C. § 1915(e)(2)(B). The Clerk is respectfully directed to enter judgment accordingly. I certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

So ordered.

JOHN GLEESON, U.S.D.J.

Dated: Brooklyn, New York
November 13, 2015